James WILSON, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 03–7016.

United States Court of Appeals,
Federal Circuit.

DECIDED: Feb. 24, 2003.

*ORDER*

MICHEL, Circuit Judge.

James Wilson responds to this court's December 19, 2002 order directing Wilson to show cause why his appeal should not be dismissed as untimely filed.

In his response, Wilson agrees that his appeal should be dismissed.

Accordingly,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each side shall bear its own costs.